**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STACKPOLE INT'L ENGINEERING, LTD.,

    Plaintiff,

v.                                                                              Case No. 17-13748

ANGSTROM AUTOMOTIVE GROUP LLC,
and ANGSTROM PRECISION METALS LLC,

    Defendants.

_____/

## ORDER LIFTING SUSPENSION OF BRIEFING AND SETTING SCHEDULE

In this contract dispute regarding the supply of automotive parts Plaintiff alleges claims for breach of contract, breach of warranty, and claim and delivery (Dkt. # 1). Defendants filed a motion to dismiss (Dkt. # 11). Plaintiff filed a response (Dkt. # 13) and also a motion for partial summary judgment (Dkt. # 14). Upon reviewing the motions, the court was inclined to conclude that many, if not all, of the material facts were undisputed.

During a status conference held on February 1, 2018, the parties agreed to meet and confer for the purpose of developing a stipulated record of material facts with the intention of filing cross-motions for judgment on the pleadings. During the course of their extensive good-faith negotiations, it became apparent that there exist material facts to which the parties do not agree or do not agree as to their materiality. Therefore, the court will lift the suspension on the parties' briefing and resume briefing on the pending motions based on a schedule stipulated to by the parties. Unless otherwise ordered, the court will not conduct a hearing on the motions. Accordingly,

IT IS ORDERED that Defendants shall file their reply in support of their Motion to Dismiss by **April 30, 2018** and shall file their response to Plaintiff's Motion for Partial Summary Judgment by **May 21, 2018**.

IT IS FURTHER ORDERED that Plaintiff shall file its reply in support of its Motion for Partial Summary Judgment by **June 4, 2018**.

s/Robert H. Cleland                    /
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated:  April 20, 2018


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 20, 2018, by electronic and/or ordinary mail.

s/Lisa Wagner                          /
Case Manager and Deputy Clerk
(810) 292-6522