UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STACKPOLE INT'L ENGINEERED PRODUCTS, LTD., | Case No. 2:17-cv-13748 |
| Plaintiff/Counter-Defendant, | Hon. Robert H. Cleland |
| v. | |
| ANGSTROM AUTOMOTIVE GROUP, LLC | |
| Defendant, | |
| and | |
| ANGSTROM PRECISION METALS, LLC, | |
| Defendant/Counter-Plaintiff. | |

## **STIPULATED ORDER AMENDING THE SCHEDULING ORDER**

This matter having come before the Court upon stipulation of the Parties and the Joint Motion to Amend the Scheduling Order (ECF No. 41);

**IT IS HEREBY ORDERED** that the Scheduling Order be amended in the following manner:

| Task | Current Deadline | Proposed Deadline |
|---|---|---|
| Final Witness List | April 1, 2019 | May 20, 2019 |
| Affirmative Expert Reports | Fifty-six days (eight weeks) before the end of discovery | Twenty-eight days (four weeks) after the end of discovery |
| Rebuttal Expert Reports | Twenty-eight days (four weeks) before the end of discovery | Fifty-six days (eight weeks) after the end of discovery |
| Daubert Motions | May 15, 2019 | Same deadline as Motions in Limine |

So Ordered.


    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE


Dated: January 14, 2019


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 14, 2019, by electronic and/or ordinary mail.


    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522


Approved as to substance and form:

Dated: January 10, 2019

*/s/ Jonathan F. Jorissen (w/consent)*      */s/ Marc L. Newman*
Daniel N. Sharkey (P53837)        Marc L. Newman (P51393)

2

| | |
|---|---|
| Jonathan F. Jorissen (P71067) | Mahde Y. Abdallah (P80121) |
| BROOKS WILKINS SHARKEY & TURCO PLLC | THE MILLER LAW FIRM, P.C. |
| 401 S. Old Woodward Ave., Suite 400 | 950 W. University Dr., Ste. 300 |
| Birmingham, MI 48009 | Rochester, MI 48307 |
| (248) 971-1800 | (248) 841-2200 |
| Sharkey@BWST-Law.com | mln@millerlawpc.com |
| Jorissen@BWST-Law.com | mya@millerlawpc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |