# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Stackpole Int'l Engineered Products, Ltd.,**

  Plaintiff,

v.

**Angstrom Automotive Group, LLC and Angstrom Precision Metals, LLC,**

  Defendants.

Case No. 17-13748

Hon. Robert H. Cleland

# Judgment

This matter was tried before a jury from October 5 to October 7, 2021. After deliberations, the jury returned a verdict as follows:

1) Regarding Plaintiff Stackpole International Engineered Products, Ltd.'s ("Stackpole's") claim for Breach of Contract, the jury returned a verdict in favor of Stackpole and against both Defendants Angstrom Automotive Group, LLC and Angstrom Precision Metals, LLC ("Angstrom Precision") in the amount of $1,015,242.24.

2) Regarding Defendant / Counter-plaintiff Angstrom Precision's counterclaim for Breach of Contract, the jury returned a verdict in favor of

Angstrom Precision against Plaintiff / Counter-defendant Stackpole in the amount of $26,846.00.

Consistent with the jury's verdict:

IT IS ORDERED that Judgment is entered for Plaintiff Stackpole and against both Defendants in the principal amount of $1,015,242.24 plus prejudgment interest totaling $110,948.14 for a total Judgment of $1,126,190.38.

IT IS FURTHER ORDERED that Judgment is entered for Defendant / Counter-plaintiff Angstrom Precision and against Plaintiff / Counter-defendant Stackpole in the principal amount of $26,846.00 plus prejudgment interest totaling $2,030.19 for a total Judgment of $28,876.19.

IT IS FURTHER ORDERED that Stackpole is entitled to post-judgment interest on the net Judgment of $1,097,314.19 from October 7, 2021, to the date of full satisfaction of this Judgment.

Dated: October 15, 2021

s/Robert H. Cleland  
Honorable Robert H. Cleland  
United States District Judge